(Official Form 1) (9/97)

| FORM B1 | **United States Bankruptcy Court**<br>Southern District of New York | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**H.C. Entertainment Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**13-3677060** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**220 12th Avenue**<br>**New York, NY 10001** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **New York** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**H.C. Entertainment Corp.**<br>**c/o Lansdown**<br>**47 W 20 St. 2nd Floor**<br>**New York, NY 10011** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>☐ Individual(s)       ☐ Railroad<br>■ Corporation        ☐ Stockbroker<br>☐ Partnership        ☐ Commodity Broker<br>☐ Other _____ | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>☐ Chapter 7        ■ Chapter 11        ☐ Chapter 13<br>☐ Chapter 9        ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business        ■ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)        THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **H.C. Entertainment Corp.**

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Peter J. Gatien**
Signature of Authorized Individual

**Peter J. Gatien**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 21, 2001**
Date

**Signature of Attorney**

X **/s/ Abraham J. Backenroth AB-1989**
Signature of Attorney for Debtor(s)

**Abraham J. Backenroth AB-1989**
Printed Name of Attorney for Debtor(s)

**Backenroth Frankel & Krinsky, LLP**
Firm Name

**One Dag Hammarskjold Plaza
26th Floor
New York, NY 11017**
Address

**(212) 593-1100  Fax: (212) 644-0544**
Telephone Number

**June 21, 2001**
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____        _____
Signature of Attorney for Debtor(s)        Date

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
## Southern District of New York

In re **H.C. Entertainment Corp.**,
Debtor

Case No. _____

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **AFA Protective Services, Inc.**<br>155 Michael Dr.<br>Syosset, NY 11791 | | | | **364.00** |
| **ASCAP**<br>2690 Cumberland Parkway<br>Suite 490<br>Atlanta, GA 30339 | | | | **1,179.00** |
| **AT&T**<br>Southwest Credit Systems<br>2629 Dickerson Pkwy<br>Carrollton, TX 75011-5151 | | | | **2,200.00** |
| **Abbey Alarm Company**<br>1558 Second Avenue<br>New York, NY 10028 | | | | **299.00** |
| **BMI**<br>10 Music Square East<br>Nashville, TN 37203-0014 | | | | **709.00** |

In re **H.C. Entertainment Corp.**                           , Case No. _____
                           Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Consolidated Edison** <br> **4 Irving Place** <br> **New York, NY 10003** | | | | 27,051.00 <br><br> (17,785.00 secured.) |
| **Corporation Counsel** <br> **City of New York** <br> **100 Church Street** <br> **New York, NY, NY 10006** | | | Unliquidated | 84,824.00 |
| **DDK (Accountant)** <br> **1500 Broadway** <br> **New York, NY 10036** | | | | 4,197.00 |
| **Dependable Glass & Mirror** <br> **305 Third Ave** <br> **Brooklyn, NY 11215** | | | | 541.00 |
| **FIA (Court Monitor)** <br> **780 Third Avenue** <br> **24th Floor** <br> **New York, NY 10017** | | | Unliquidated | 45,000.00 |
| **House of Mor** <br> **272 Plandome Rd** <br> **Suite 100** <br> **Manhasset, NY 11030** | | | | 458.00 |

In re   **H.C. Entertainment Corp.**                    , Case No.
                                                Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Imperial Bag & Paper**<br>**59 Hook Road**<br>**Bayonne, NJ 07002** | | | | 2,066.00 |
| **Manhattan Beer**<br>**400 Walnut Ave**<br>**Bronx, NY 10454** | | | | 2,000.00 |
| **NYS Dept Taxation and Finance**<br>**c/o NYS Attorney General**<br>**120 Brodway**<br>**New York, NY 10271** | | | | 1,500,000.00 |
| **Poland Springs**<br>**375 Paramount Ave**<br>**Raynham, MA 02767-5154** | | | | 15,143.00 |
| **Staci Chemical**<br>**170 Varick**<br>**New York, NY 10013** | | | | 8,275.00 |
| **State Insurance Fund**<br>**199 Church St**<br>**New York, NY 10007** | | | **Unliquidated** | 58,174.00 |

In re   **H.C. Entertainment Corp.**                                             ,   Case No.
                                    Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Tom Turrin**<br>**111 Broadway**<br>**8th Floor**<br>**New York, NY 10007** | | | | **2,500.00** |
| **Waste Management**<br>**101 Varick Avenue**<br>**Brooklyn, NY 11237** | | | | **4,000.00** |
| **Waterfront N.Y., L.P.**<br>**c/o LeBoeuf Lamb Greene et al.**<br>**125 W 55 St**<br>**New York, NY 10019** | | | **Unliquidated** | **687,154.00** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date   **June 21, 2001**                          Signature **/s/ Peter J. Gatien**
                                                            **Peter J. Gatien**
                                                            **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                   18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re **H.C. Entertainment Corp.**,
Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Peter J. Gatien**<br>47 w 20 St<br>New York, NY 10011 | | | **Sole Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 21, 2001**         Signature **/s/ Peter J. Gatien**
                                          **Peter J. Gatien**
                                          **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2000 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

**United States Bankruptcy Court**
**Southern District of New York**

In re  **H.C. Entertainment Corp.**,  Case No. _____

Debtor

Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date **June 21, 2001**          Signature **/s/ Peter J. Gatien**

                                                                                              **Peter J. Gatien**
                                                                                              **President**

ABBEY ALARM COMPANY
1558 SECOND AVENUE
NEW YORK, NY 10028


ACCURATE FIRE PROTECTION SVCS.
79-22 71ST AVE
RIDGEWOOD, NY 11385


AFA PROTECTIVE SERVICES, INC.
155 MICHAEL DR.
SYOSSET, NY 11791


ASCAP
2690 CUMBERLAND PARKWAY
SUITE 490
ATLANTA, GA 30339


AT&T
SOUTHWEST CREDIT SYSTEMS
2629 DICKERSON PKWY
CARROLLTON, TX 75011-5151


BACKENROTH FRANKEL & KRINSKY
ATTN:  MARK FRANKEL
885 SECOND AVENUE
NEW YORK, NY 10017


BMI
10 MUSIC SQUARE EAST
NASHVILLE, TN 37203-0014


CONSOLIDATED EDISON
4 IRVING PLACE
NEW YORK, NY 10003


CORPORATION COUNSEL
CITY OF NEW YORK
100 CHURCH STREET
NEW YORK, NY, NY 10006


DDK (ACCOUNTANT)
1500 BROADWAY
NEW YORK, NY 10036

DEPENDABLE GLASS & MIRROR
305 THIRD AVE
BROOKLYN, NY 11215


FIA (COURT MONITOR)
780 THIRD AVENUE
24TH FLOOR
NEW YORK, NY 10017


HOUSE OF MOR
272 PLANDOME RD
SUITE 100
MANHASSET, NY 11030


IMPERIAL BAG & PAPER
59 HOOK ROAD
BAYONNE, NJ 07002


IRS
ATTN: INSOLVENCY
290 BROADWAY, 5TH FLOOR
NEW YORK, NY 10007


MANHATTAN BEER
400 WALNUT AVE
BRONX, NY 10454


NYS DEPT TAXATION AND FINANCE
C/O NYS ATTORNEY GENERAL
120 BRODWAY
NEW YORK, NY 10271


POLAND SPRINGS
375 PARAMOUNT AVE
RAYNHAM, MA 02767-5154


SEC
ATTN:  JOHN MURRAY
7 WORLD TRADE CENTER
NEW YORK, NY 10004


STACI CHEMICAL
170 VARICK
NEW YORK, NY 10013

```
STATE INSURANCE FUND
199 CHURCH ST
NEW YORK, NY 10007


TOM TURRIN
111 BROADWAY
8TH FLOOR
NEW YORK, NY 10007


UNITED STATES ATTORNEY
100 CHURCH STREET
NEW YORK, NY, NY 10006


UNITED STATES TRUSTEE
33 WHITEHALL ST
NEW YORK, NY 10004


WASTE MANAGEMENT
101 VARICK AVENUE
BROOKLYN, NY 11237


WATERFRONT N.Y., L.P.
C/O LEBOEUF LAMB GREENE ET AL.
125 W 55 ST
NEW YORK, NY 10019
```