**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re

    H.C. ENTERTAINMENT CORP.  .            **NOTICE**
                                                                              **Chapter 7**
                                                                              **01 B 13591   (REG)**

                **DEBTOR**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Notice Directing DEBTOR-IN-POSSESSION or TRUSTEE to File Schedules of Unpaid Debts, Executory Contracts and Unexpired Leases; Chapter 11 Case Converted to Chapter 7**

An ORDER converting the above referenced case to a case under Chapter 7 of the BANKRUPTCY CODE, having been entered on November 4, 1998 , pursuant to 11 USC § 348(d) and Fed R Bankr P 1019(5), this notice is given to the DEBTOR-IN-POSSESSION OR TRUSTEE, to file on or before fifteen (15) days from the date of this Notice:

1.    A schedule of unpaid debts incurred after the commencement of the superseded case including the name and address of each creditor and/or place of business of the creditors,

2.    A schedule of executory contracts and unexpired leases entered into or assumed after the filing of the original petition but before the entry of the conversion order,

Dated:   December 14, 2001
           New York, New York                                   KATHLEEN FARRELL, CLERK

---

### CERTIFICATE OF MAILING

--------------------------------------------------------------------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed by first class mail, postage prepaid on  December 14 , 2001 .
To:     Debtor and Debtor's Attorney
           Trustee

                                                           /s/Casey Cheevers
                                                            Deputy Clerk