# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor corporation listed below was originally filed under chapter 11 on 06/21/01 and was converted to a case under chapter 7 on 12/13/01.

You may be a creditor of the debtor. **This notice lists important deadlines**. You may want to consult an attorney to protect your rights.   All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.  NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor (name(s) and address):
H.C. Entertainment Corp.

c/o Lansdown
47 West 20th Street, 2nd Floor
New York, NY 10011

| Case Number:<br>01-13591 | Taxpayer ID Nos.:<br>13-3677060 |
|---|---|
| Attorney for Debtor (name and address):<br>Mark A. Frankel<br>885 Second Avenue<br>New York, NY  10017<br><br>Telephone number: (212) 593-1100 | Bankruptcy Trustee (name and address):<br>Yann Geron<br>317 Madison Avenue<br>Suite 1421<br>New York, NY  10017-5201<br>Telephone number: (212) 682-7575 |

## Meeting of Creditors:

Date:     **02/13/02**          Time:     **11:00 AM**

Location:     **Office of the United States Trustee, 80 Broad Street, Second Floor, New York, NY  10004-1408**

## Deadline to File a Proof of Claim:

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit):                    For a governmental unit:

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property.  If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| Manhattan Division<br>One Bowling Green<br>New York, NY  10004-1408<br>     Telephone number: (212)668-2870 | Clerk of the Bankruptcy Court:<br>Kathleen Farrell |
| Hours Open:<br>8:30 a.m. to 5:00 p.m., Monday through Friday | Date:<br>12/14/01 |

| | |
|---|---|
| **Filing of Chapter 7 Bankruptcy Case** | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor listed on the front side, and an order for relief has been entered. |
| **Creditors May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code §362.  Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment;  taking actions to collect money or obtain property from the debtor;  repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. |
| **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the  trustee and by creditors*.  Failure by the debtor to appear, or timely pay filing fees, may result in the dismissal of the case.  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without further notice. |
| **Claims** | A Proof of Claim is a signed statement describing a creditor's claim.  If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office.  If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim against the debtor in the bankruptcy case.  To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. |
| **Liquidation of the Debtor's Property and Payment of Creditors' Claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property.   If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code.  To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| **Bankruptcy Clerk's Office** | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side.   You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice.   You may want to consult an attorney to protect your rights. |
| **Appointment of Trustee** | The United States Trustee has appointed the named trustee to serve in the debtor(s) estate under the trustee's blanket bond effective the date of this notice, pursuant to 11 U.S.C. Sec. 322, 701 and F.R.Bankr.P.2008.  The trustee may abandon property of the estate with notice of abandonment to the court, 11 U.S.C. Sec. 554(a).  Further notice will be provided on request only.  Any non-exempt property scheduled, but not administered, will be deemed abandoned, 11 U.S.C. Sec. 554(c). |

## —Refer to Other Side For Important Deadlines and Notices—

# NOTICE OF ELECTRONIC FILING PROCEDURE

This case will be docketed exclusively on the Court's Electronic Case Filing System. The system can be accessed via the Internet utilizing an attorney password. In compliance with Federal Rule of Civil Procedure Rule 11 and in accordance with Local Bankruptcy Rule 9011-1, the attorney's password shall constitute the signature of the attorney; therefore, security of a password issued to an attorney is the responsibility of that attorney. An original signed copy of the filing shall be maintained in the attorney's files. A chamber's copy of all filed documents is required and all parties with legal representation must file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running any standard windows platform; an Internet provider, Netscape Navigator software and Adobe Exchange software to convert documents from a word processor format to a portable document format (PDF). The URL address is **www.nysb.uscourts.gov** and a password is needed to access this system. If you are unable to comply with this requirement, then

2. You must submit documents on a diskette using PDF format. The Adobe software will provide this format. Further instruction may be found in the Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the outside of the envelope. If you are unable to comply with this requirement, or requirement number 1, then

3. You must submit your documents on a diskette using one of the following formats: Word, Wordperfect, or DOS text (ASCII). If you are unable to comply with this requirement, or requirements 1 or 2, then

4. You must submit an affidavit of your inability to file in either of the above formats. You may then file conventionally on unstapled, unbound, single-sided paper. **Include your affidavit with your filing.**

For technical assistance, call (212) 668-2870 ext. 3522, for procedural assistance call ext. 3920 and to schedule training, call ext. 3580, Monday - Friday, 8:30 a.m. - 5:00 p.m.

FORM B10 (Official Form 10)(4/01)

| UNITED STATES BANKRUPTCY COURT<br>**SOUTHERN DISTRICT OF NEW YORK** | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>H.C. Entertainment Corp. | Case Number<br>01-13591 (reg) |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Name and Address where notices should be sent:<br><br><br><br>Telephone Number: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | ‖‖‖‖‖‖‖‖‖‖‖‖‖<br>*01-13591*<br><br>THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| Account or other number by which creditor identifies debtor: | Check here if ☐ replaces<br>this claim ☐ amends previously filed claim,<br>dated_____ |
|---|---|

| 1. **Basis for Claim**<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>Your SS #: _____ ____ _____<br>Unpaid compensation for services performed<br>from _____ to _____<br>(date) (date) |
|---|---|

| 2. **Date debt was incurred:** | 3. **If court judgment, date obtained:** |
|---|---|

**4. Total Amount of Claim at Time Case Filed:** $_____

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. **Secured Claim.**<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br>Brief Description of Collateral:<br>☐ Real Estate ☐ Motor Vehicle<br>☐ Other_____<br><br>Value of Collateral:<br>$_____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any:<br>$_____<br><br>5a. Unsecured non-priority claim $_____ | 6. **Unsecured Priority Claim.**<br>☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $_____<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).<br>☐ Up to $ 2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).<br><br>*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

| 7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>8. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

## ---- DEFINITIONS ----

### Debtor

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

### Creditor

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

### Proof of Claim

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor´s claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

### Secured Claim

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor´s claim may be a secured claim. (See also *Unsecured Claim*.)

### Unsecured Claim

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

### Unsecured Priority Claim

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims* .

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money *or* property, and the debtor´s account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

1. **Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

2. **Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

3. **Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

4. **Total Amount of Claim at Time Case Filed:**
Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

5. **Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above.)

6. **Unsecured Priority Claim:**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above.) A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

7. **Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

8. **Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

**This claim should be returned to: Clerk, U.S. Bankruptcy Court, Manhattan Division One Bowling Green New York, NY 10004-1408 .**
**Claims must be received at the court on or before any last date for filing claims which you may have received.**
**This court will not accept faxed claims.**

# CERTIFICATE OF SERVICE

The following entities were served by first class mail on Dec 16, 2001.
```
db        H.C. Entertainment Corp.,  c/o Lansdown,   47 West 20th Street, 2nd Floor,   New York, NY  10011
aty       Abraham Backenroth,  885 Second Avenue,   New York, NY  10017
aty       David Kennedy,  100 Church Street,   19th Floor,   New York, NY  10007
aty       Deborah J. Dwyer,  1740 Broadway,   17th Floor,   Suite 1760,   New York, NY  10019
aty       Edward Wayland,  52 Western Avenue,   Cambridge, MA  02139
aty       Greg M. Zipes,  33 Whitehall Street,   21st Floor,   New York, NY  10004
aty       Herbert K. Ryder,  125 West 55th Street,   New York, NY  10019
aty       John P. Campo,  125 West 55th Street,   New York, NY  10019
aty       Mark A. Frankel,  885 Second Avenue,   New York, NY  10017
aty       Mark Israel,  380 Lexington Avenue,   Suite 1700,   New York, NY  10168
aty       Neal Stuart Mann,  120 Broadway,   24th Floor,   New York, NY  10271
aty      +Rosemary Scariati,  125 West 55th Street,   New York, NY  10019-5369
aty       Thomas D. Wilson,  16 Court Street,   Suite 1908,   Brookyln, NY  11241
tr       +Yann Geron,  317 Madison Avenue,   Suite 1421,   New York, NY  10017-5229
smg      +N.Y. State Unemployment Insurance Fund,  P.O. Box 551,   Albany, NY  12201-0551
smg      +New York City Dept. Of Finance,   Taxpayer Identification Unit,   25 Elm Place, 3rd Floor,
           Brooklyn, NY  11201-5826
smg       New York State Tax Commission,   Bankruptcy/Special Procedures Section,   P.O. Box 5300,
           Albany, NY  12205-0300
smg       United States Attorney,   Southern District of New York,   One St. Andrews Plaza,
           New York, NY  10007-1701
ust       Carolyn S. Schwartz,  33 Whitehall Street,   21st Floor,   New York, NY  10004
2576243   ABBEY ALARM COMPANY,  1558 SECOND AVENUE,   NEW YORK, NY 10028
2576244   ACCURATE FIRE PROTECTION SVCS.,  79-22 71ST AVE,   RIDGEWOOD, NY 11385
2651036   ADRIENNE A. GATIEN,  EDWARD WAYLAND, ESQ,  52 WESTERN AVENUE,  CAMBRIDGE, MA 02139
2576245   AFA PROTECTIVE SERVICES, INC.,  155 MICHAEL DR.,   SYOSSET, NY 11791
2576246   ALAN M. KLINGER, ESQ.,  STROOCK & STROOK & LAVAN LLP,  180 MAIDEN LANE,  NEW YORK, NY 10038
2576247   ASCAP,  2690 CUMBERLAND PARKWAY,   SUITE 490,   ATLANTA, GA 30339
2576248  +AT&T,  SOUTHWEST CREDIT SYSTEMS,  2629 DICKERSON PKWY,   CARROLLTON, TX 75007-4490
2600314   Ayeska Zarzuala,   c/o Irwin R. Kaplan, Esq.,   16 Court Street, Suite 2305,
           Brooklyn, New York 11241
2576249  +BMI,  10 MUSIC SQUARE EAST,   NASHVILLE, TN 37203-4321
2576250   CONSOLIDATED EDISON,  4 IRVING PLACE,   NEW YORK, NY 10003
2576251  +CORPORATION COUNSEL,  CITY OF NEW YORK,   100 CHURCH STREET,   NEW YORK, NY, NY 10007-2601
2576252   DDK (ACCOUNTANT),  1500 BROADWAY,   NEW YORK, NY 10036
2588485   DEPARTMENT OF THE TREASURY,   INTERNAL REVENUE SERVICE,   INSOLVENCY UNIT A,
           290 BROADWAY STOP 5TH FLR,   NEW YORK, NY 10007
2576253   DEPENDABLE GLASS & MIRROR,  305 THIRD AVE,   BROOKLYN, NY 11215
2629707   Department of Taxation and Finance,   c/o Barbara G. Billet, Esq.,   2 World Trade Center,
           87th Floor, Suite 8702,   New York, NY 10048
2576254   FIA (COURT MONITOR),  780 THIRD AVENUE,   24TH FLOOR,   NEW YORK, NY 10017
2576255   HOUSE OF MOR,  272 PLANDOME RD,   SUITE 100,   MANHASSET, NY 11030
2576256   IMPERIAL BAG & PAPER,  59 HOOK ROAD,   BAYONNE, NJ 07002
2576257   IRS,  ATTN: INSOLVENCY,  290 BROADWAY, 5TH FLOOR,   NEW YORK, NY 10007
2681854   JEFFREY BERNSTEIN AKA JEFFREY ABIONA,   CHARLES RUDD MACKENZIE, ESQ,  135 SOUTHSIDE AVENUE,
           HASTINGS ON HUDSON NY 10706
2576259   JOHN CAMPO,  LEBOUEF LAMB GREEN & MACRAE,  125 W 55 ST,   NEW YORK, NY 10019
2576260   JOSEPH ALTMAN,  1009 E 163 ST,   BRONX, NY 10459
2576261   MANHATTAN BEER,  400 WALNUT AVE,   BRONX, NY 10454
2576262   NEW YORK CITY CORP. COUNSEL,  ATTN: RITA DUMAIN,  100 CHURCH ST.,   NEW YORK, NY 10007
2618446   NEW YORK STATE DEPARTMENT OF TAX AND FIN,   TAX COMPLIANCE DIVISION,   BANKRUPTCY SECTION,
           PO BOX 5300,   ALBANY, NY 12205-0300
2582993   NIGHTLIFE PRINTING & PROMOTION INC.,   DENNIS MARC REISMAN,   10 CUTTER MILL ROAD,
           GREAT NECK, NEW YORK 11021
2576263   NYS ATTORNEY GENERAL,   ATTN: NEIL MANN,  120 BROADWAY,   NEW YORK, NY 10271
2576264   NYS DEPT TAXATION AND FINANCE,   C/O NYS ATTORNEY GENERAL,   120 BROADWAY,   NEW YORK, NY 10271
2616061  +PACKER PEST CONTROL CORP.,   D/B/A TERMINATE CONTROL CORP.,   C/O DAVID S. FRIEDBERG, ESQ.,
           17TH FLOOR, 521 FIFTH AVENUE,   NEW YORK, NY 10175
2576265   POLAND SPRINGS,  375 PARAMOUNT AVE,   RAYNHAM, MA 02767-5154
2638632   Peter Kapasakis,   c/o Jennie M. Dellaria, Esq.,   16 Court Street, Suite 2307,
           Brooklyn, New York 11241
2649402   RAMZEY AKLEH,  GERSHBAUM & WEISZ PC,  225 BROADWAY #1810,   NEW YORK, NY 10007
2576266  +SEC,  ATTN: JOHN MURRAY,  7 WORLD TRADE CENTER,   NEW YORK, NY 10048-1276
2576267   STACI CHEMICAL,  170 VARICK,   NEW YORK, NY 10013
2576268   STATE INSURANCE FUND,  199 CHURCH ST,   NEW YORK, NY 10007
2576269   THOMAS NOLEN, ESQ.,  STATE LIQUOR AUTHORITY,  11 PARK PLACE,   NEW YORK, NY 10007
2576270  +TOM TURRIN,  111 BROADWAY,   8TH FLOOR,   NEW YORK, NY 10006-1901
2576271  +UNITED STATES ATTORNEY,  100 CHURCH STREET,   NEW YORK, NY, NY 10007-2601
2576272   WASTE MANAGEMENT,  101 VARICK AVENUE,   BROOKLYN, NY 11237
2576273   WATERFRONT N.Y., L.P.,   C/O LEBOUEF LAMB GREENE ET AL.,   125 W 55 ST,   NEW YORK, NY 10019
```

The following entities were served by electronic transmission.
NONE.                                                                       TOTAL: 0

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2576258   JEFFREY WOLF,  BY FAX:  (970) 870-6338
2649858   MARGARET LYONS AS ADMINISTRATRIX OF THE,   OF JAMES A. LYONS DECEASED,
           AND MARGARET LYONS, INDIVIDUALY,   C/O BRACKEN, MARGONLIN & GOUVIS, LLP,
           ONE SUFFOLK SQUARE, SUITE 300
2594968   STATE OF NEW YORK DEPARTMENT OF LABOR,   UNEMPLOYMENT INSURANCE DIVISION,
           GOVERNOR W. AVERELL HARRIMAN,   STATE OFFICE BUILDING CAMPUS,   BUILDING 12, ROOM 244
                                                                     TOTALS: 3, * 0
```

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Dec 16, 2001**                    **Signature:**        _Joseph Speetjens_