UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                  :
                                         Chapter 7
H.C. ENTERTAINMENT CORP.,             :
                                         Case No. 01-13591 (REG)
                 Debtor.                 :
------------------------------------------------------------x

### ORDER SCHEDULING HEARING ON WATERFRONT N.Y., L.P.'S OBJECTION TO TRUSTEE'S REPORT OF NO DISTRIBUTION

Upon the objection, dated December 11, 2003 (the "Objection"), of Waterfront N.Y., L.P. ("Waterfront"), to Yann Geron's (the "Trustee"), as Chapter 7 trustee of the estate of H.C. Entertainment Corp., the above-captioned debtor (the "Debtor"), report of no distribution and request to be discharged from his duties as trustee of the Debtor's estate; and upon the Trustee response to the Objection dated April 5, 2004 (the "Response"); and for good and sufficient cause; it is hereby

***ORDERED***, that a hearing will be held on the Objection, Response and related matters, before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, in Courtroom 621 on the ***17th*** day of ***March***, 2005, at 9:45 a.m. (the "Hearing"), or as soon thereafter as counsel can be heard; and it is further

***ORDERED***, that counsel to the Trustee and Waterfront are directed to attend the Hearing, or show cause as to why counsel to either party is unable to attend the Hearing; and it is further

***ORDERED***, that within three (3) days of this Order's entry on the electronic docket of the Debtor's case, the Trustee's counsel shall serve a copy of this Order upon Steven I Honig, Esq., counsel to Waterfront, by first class mail to 224 12th Avenue, New York, New York

NY1 6102v1 02/04/05

10001, and facsimile to (212) 629-8768, and that upon completion of such service, Waterfront will be deemed to have received good and adequate notice of the Hearing.

Dated: New York, New York
**February 7, 2005**

                                            **S/ Robert E. Gerber**
                                            United States Bankruptcy Judge

NY1 6102v1 02/04/05