FOX ROTHSCHILD LLP  
Proposed Counsel to Chapter 7 Trustee  
Yann Geron (YG 1130)  
Fred Stevens (FS 1346)  
13 East 37th Street, Suite 800  
New York, New York 10016  
(212) 682-7575

Settlement Date:  
**April 1, 2005**

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------x  
In re                                                                           :  
                                                                                      :   Chapter 7  
H.C. ENTERTAINMENT CORP.,                              :  
                                                                                      :   Case No. 01-13591 (REG)  
                                              Debtor.                  :  
------------------------------------------------------------x

**NOTICE OF SETTLEMENT OF ORDER (i) APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION AND REQUEST TO BE DISCHARGED FROM HIS DUTIES AS TRUSTEE OF THIS ESTATE; (ii) OVERRULING WATERFRONT N.Y., L.P.'s OBJECTION TO THE TRUSTEE REPORT AND REQUEST; (iii) DISCHARGING THE TRUSTEE FROM ANY FURTHER DUTIES AS TRUSTEE OF THIS ESTATE; AND (iv) DIRECTING THE CLERK OF THIS COURT TO CLOSE THIS CASE**

TO THE COUNSEL TO WATERFRONT N.Y., L.P.:

*PLEASE TAKE NOTICE* that upon the report of no distribution, dated December 9, 2003 (the "NDR"), of Yann Geron (the "Trustee"), as Chapter 7 trustee of the estate of H.C. Entertainment Corp., the above-captioned debtor (the "Debtor"), and the Trustee's request to be discharged from his duties as trustee of the Debtor's estate; and upon the objection, dated December 11, 2003 (the "Objection"), of Waterfront N.Y., L.P. ("Waterfront"), a creditor of the Debtor's estate; and upon the Trustee's response to the Objection dated April 5, 2004 (the "Response"); and upon the letter, dated May 7, 2004, of Waterfront to this Court in reply to the Response; and upon the Trustee's letter, dated February 4, 2005, to this Court requesting that a hearing be scheduled on the NDR, Objection and Response; and upon this Court's Order, dated February 7, 2005, scheduling a hearing on the NDR, Objection and Response for March 17, 2005; and upon the letter, dated Mach 14, 2005, from Steven I. Honig, Esq., attorney for Waterfront, supplementing the Objection; and a hearing having been held before this Court on the issues raised in the NDR, Objection, Response and the parties' subsequent submissions, on March 17, 2005 (the "Hearing"); and upon the record of the Hearing and the express ruling made by the Court at the Hearing; the Trustee will settle the annexed proposed order approving the NDR, overruling the Objection, discharging the Trustee and closing this case on the **1st day of March, 2005** (the "Settlement Date"), to the Honorable Robert E. Gerber, United States Bankruptcy Judge, in chambers, United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408.

NY1 6759v1 03/29/05

***PLEASE TAKE FURTHER NOTICE*** that objections, if any, to the proposed Order shall be made in writing, filed with the Court electronically in accordance with General Order M-242 by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, on a 3.5 inch floppy disk, preferably in Portable Document Format (PDF), Microsoft Word, WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to the Chambers of the Honorable Robert E. Gerber, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, New York 10004-1408), and served in accordance with General Order M-242 or other form upon Fox Rothschild LLP, 13 East 37th Street, Suite 800, New York, New York 10016, Attn: Yann Geron, Esq., so as to be actually received no later than one business day prior to the Settlement Date.

Dated:  New York, New York
March 29, 2005

FOX ROTHSCHILD LLP
Proposed Counsel to the Trustee

By:  s/
Yann Geron (YG 1130)
Fred Stevens (FS 1346)
13 East 37th Street, Suite 800
New York, New York 10016
(212) 682-7575

2

NY1 6759v1 03/29/05